IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TAMMY SIMPSON, Individually and
MARVIN CHARLEY, Individually, Husband and Wife,
And TAMMY SIMPSON, as Guardian and Next
Friend of P.S. and B.C., Minor children,

    Plaintiffs,

    vs.                                    No. 1-18-cv-001169-KG-LF

THE UNITED STATES OF AMERICA;
SARA MICHAELS, M.D.; BRANDON ANDERSON;
THOMAS BURNISON, M.D.; DONALD BRUNK, M.D.;
MARGARET THOMA, M.D.; FARAZ SANDHU, M.D.;
STEVE YOUNG, M.D.; SAN JUAN ONCOLOGY
ASSOCIATES P.C. and its agents JEFFREY
NEIDHART, M.D. and JAMES NEIDHART, M.D.;
BLACK AND WHITE CORPORATIONS
1-10; JOHN AND JANE DOES 1-10,

    Defendants.

## STIPULATED ORDER DISMISSING STEVE YOUNG, M.D.

THIS MATTER CAME before the Court on the Joint Stipulated Motion to Dismiss claims and affirmative defenses against Steve Young, M.D. for alleged medical negligence in this matter. The Court, being fully advised in this matter, finds the parties' Joint Stipulated Motion to be well taken.

IT IS HEREBY ORDERED THAT all claims and affirmative defenses in this matter against Steve Young M.D. are dismissed with prejudice. Each party shall bear his own costs relating to this matter.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted and approved:

BENCOE & LACOUR LAW, PC
By: ___*/s/ Lori M. Bencoe)*___
    Lori M. Bencoe
    9201 Montgomery Blvd., NE – Suite 404
    Albuquerque, NM 87111
    (505) 247-8800
    (505) 247-8801 Fax
    lori@bencoelaw.com; cherie@bencoelaw.com
    *Attorneys for Plaintiffs*

BARUDIN LAW FIRM, PC
Theodore W. Barudin
7900 Menaul Blvd NE
Albuquerque NM 87110-606
(505) 332-1800
tbarudin@barudinlaw.com
*Co-counsel for Plaintiffs*

KAPLAN & LUKOWSKI, LLP
Ronald I. Kaplan MD, JD
333 Sandy Springs Circle, Suite 200
Atlanta, Georgia
(404) 845-0012
rik@kaplanlegal.com
*Co-counsel for Plaintiffs*

ROBERT CURTIS LAW OFFICE, PA
By:    */s/ Robert J. Curtis*_____
    Robert J. Curtis
    215 Central Ave. NW Suite 200
    Albuquerque NM 87102
    (505) 389-2030
    (505) 738-2036 Fax
    Robert@rcurtislaw.com
    *Attorneys for Steve Young MD*

MILLER STRATVERT, PA
By: */s/ Tom Mack*_____
    Tom Mack
    P.O. Box 25687
    Albuquerque, NM 87125-0687
    (505) 842-1950
    tmack@mslaw.com
    *Attorneys for San Juan Oncology, P.C.*
    *and Jeffrey Neidhardt, MD*

JOHN C. ANDERSON
United States Attorney

By: */s/ Roberto D. Ortega*_____
      Roberto D. Ortega
      Assistant United States Attorney
      United States Attorney's Office
      P.O. Box 607
      Albuquerque, New Mexico 87103
      505-224-1519
      roberto.ortega@usdoj.gov
      *Attorney for Defendant United States of America*