IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TAMMY SIMPSON, Individually and
MARVIN CHARLEY, Individually, Husband and Wife,
And TAMMY SIMPSON, as Guardian and Next
Friend of P.S. and B.C., Minor children,

        Plaintiffs,

vs.                                                No. 1-18-cv-01169-KG-LF

THE UNITED STATES OF AMERICA;
SARA MICHAELS, M.D.; BRANDON ANDERSON;
THOMAS BURNISON, M.D.; DONALD BRUNK, M.D.;
MARGARET THOMA, M.D.; FARAZ SANDHU, M.D.;
STEVE YOUNG, M.D.; SAN JUAN ONCOLOGY
ASSOCIATES P.C. and its agents JEFFREY
NEIDHART, M.D. and JAMES NEIDHART, M.D.;
BLACK AND WHITE CORPORATIONS
1-10; JOHN AND JANE DOES 1-10,

        Defendants.

## **STIPULATED ORDER RELEASING STAY**

WHEREFORE, THIS MATTER having come before the Court on a stipulation of the parties and the Court's Stipulated Order Staying Proceedings (Doc. 18), consistent with the terms of that Order and the Stipulated Motion to Release Stay, the conditions to release the stay have been met and the Court being fully informed in the premises, finds the stay in this matter should be released.

IT IS HEREBY ORDERED that the stay of proceedings entered with respect to San Juan Oncology Associates, P.C., and Jeffrey Neidhart, M.D., is release.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

BENCOE & LACOUR, PC

By (approved via email 5/20/19)
    LORI M. BENCOE
    Attorneys for Plaintiffs
    9201 Montgomery Blvd., NE, Suite 404
    Albuquerque, NM 87111
    Phone: (505) 247-8800
    Email: lori@bencoelaw.com

BARUDIN LAW FIRM, PC
Theodore W. Barudin
Attorneys for Plaintiffs
7900 Menaul Blvd NE
Albuquerque NM 87110-606
Phone: (505) 332-1800
Email: tbarudin@barudinlaw.com

KAPLAN & LUKOWSKI, LLP
Ronald I. Kaplan MD, JD
Attorneys for Plaintiffs
333 Sandy Springs Circle, Suite 200
Atlanta, Georgia
Phone: (404) 845-0012
Email: rik@kaplanlegal.com

MILLER STRATVERT PA

By _____
    THOMAS R. MACK
    Attorneys for San Juan Oncology, P.C.
    and Jeffrey Neidhart, M.D.
    P.O. Box 25687
    Albuquerque, NM 87125-0687
    Phone: (505) 842-1950
    Email: tmack@mslaw.com

JOHN C. ANDERSON
United States Attorney

By (approved via telephone on 5/30/19)
    ROBERTO D. ORTEGA
    Assistant United States Attorney
    United States Attorney's Office
    Attorneys for United States of America
    P.O. Box 607
    Albuquerque, New Mexico 87103
    Phone: 505-224-1519
    Email: roberto.ortega@usdoj.gov