## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

TAMMY SIMPSON, Individually and
MARVIN CHARLEY, Individually, Husband and Wife,
And TAMMY SIMPSON, as Guardian and Next
Friend of P.S. and B.C., Minor children,

     Plaintiffs,

vs.                                      No. 1-18-CV-001169-KWR-LF

THE UNITED STATES OF AMERICA,

     Defendant.

## **PLAINTIFFS' NOTICE OF SETTLEMENT**

     Plaintiffs, by and through their counsel, file their *Plaintiffs' Notice of Settlement* stating that the parties have reached a full and final settlement in the above docketed matter, that Plaintiffs' pending dispositive motions are now moot [Docs. 86, 87, 88, 89, 90, 91, 92, 93, 95, 96], that the parties will enter a Stipulation of Compromise addressing the terms of their settlement, and thereafter, the parties will enter and file a motion and order of dismissal with prejudice.

                                              Respectfully submitted,

                                              */s/ Theodore W. Barudin*
                                              Theodore W. Barudin
                                              BARUDIN LAW FIRM, P.C.
                                              7900 Menaul Blvd. NE
                                              Albuquerque, New Mexico 87110
                                              (505) 332-1800
                                              tbarudin@barudinlaw.com

        Lori Bencoe
        Cherie LaCour
        BENCOE & LACOUR LAW, P.C
        9201 Montgomery Blvd., NE Suite 404
        Albuquerque, NM  87111
        (505) 247-8800
        lori@bencoelaw.com
        cherie@bencoelaw.com

        Ronald I. Kaplan, MD, JD
        KAPLAN & LUKOWSKI, LLP
        333 Sandy Springs Circle
        Suite 200
        Atlanta, Georgia 30328
        (404) 845-0012
        rik@kaplanlegal.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      THIS IS TO certify that on the 17th of February, 2021, Plaintiffs filed this *Plaintiffs' Notice of Settlement* with CM/ECF and sent a copy via email to Roberto Ortega, Esq., attorney for the United States.

*/s/ Theodore W. Barudin*
Theodore W. Barudin